DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ERIC JAMES TEMPLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:06-cr-0309 OWW |
| *Plaintiff,* | ORDER APPOINTING SECOND COUNSEL |
| v. | |
| ERIC JAMES TEMPLE, | |
| *Defendant.* | |

     Pursuant to 18 U.S.C. § 3005, and the request of the Office of the Federal Defender for the Eastern District, John P. Balazs, Law Offices of John Balazs, 916 2nd Street  #F, Sacramento, California 95814, is appointed as second counsel to represent defendant, Eric James Temple.

IT IS SO ORDERED.

**Dated:   November 16, 2006**               /s/ Oliver W. Wanger
emm0d6                                             UNITED STATES DISTRICT JUDGE