1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  FRANCINE ZEPEDA, Bar #091175
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ERIC JAMES TEMPLE

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )
                                   )   No. 1:06-cr-0309 OWW
12              Plaintiff,         )
                                   )   ORDER FOR RELEASE OF BUREAU OF
13         v.                      )   PRISON RECORDS
                                   )
14 ERIC JAMES TEMPLE,              )
                                   )
15              Defendant.         )
                                   )
16

17     IT IS HEREBY ORDERED that the Bureau of Prisons release to Daniel J. Broderick, Federal

18 Defender for the Eastern District of California, or his representative or bearer, any and all inmate medical

19 and psychiatric files, including medical and/or psychotherapy notes, relating to the conditions, care, and

20 confinement pertaining to the defendant, ERIC JAMES TEMPLE, register number 33039-018. The

21 defendant was last housed at USP Florence ADMAX.

22

23 IT IS SO ORDERED.

24 **Dated:   November 21, 2006**           **/s/ Oliver W. Wanger**
   emm0d6                                   UNITED STATES DISTRICT JUDGE
25