DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ERIC JAMES TEMPLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-00309 OWW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE MOTIONS SCHEDULE AND HEARING; AND ORDER THEREON |
| v. | ) | |
| ERIC JAMES TEMPLE, | ) | Date: April 2, 2007 |
| | ) | Time: 9:00 A.M. |
| Defendant. | ) | Judge: Hon. Oliver W. Wanger |
| | ) | |

   **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule be set as follows: motions in the above-captioned matter shall be filed on or before March 12, 2007, responses shall be filed on or before March 26, 2007, and **the hearing on motions now set for March 19, 2007, may be continued to April 2, 2007, at 9:00 A.M.**

   The grounds for the continuance are further defense preparation and investigation, and to allow the parties additional time for negotiation. The case may settle prior to a motions hearing. The continuance will conserve time and resources for all parties and the court.

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein in the interest of justice
3  and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and
4  3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: February 22, 2007        By:  /s/  Dawrence W. Rice, Jr.
                                DAWRENCE W. RICE, JR.
                                Assistant United States Attorney
                                Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: February 22, 2007        By:   /s/  Francine Zepeda
                                FRANCINE ZEPEDA
                                Assistant Federal Defender
                                Attorneys for Defendant
                                ERIC JAMES TEMPLE

## O R D E R

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:     February 25, 2007**            **/s/ Oliver W. Wanger**
emm0d6                                       UNITED STATES DISTRICT JUDGE

-2-